

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| RODNEY RAMIREZ, | § | No. 08-15-00076-CR |
| Appellant, | § | Appeal from |
| v. | § | 327th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC # 59793 (900D08595)) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes  the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court.  We therefore dismiss the appeal.  We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF MAY, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.